UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SANDEEP SINGH, | ) | 1:06-CV-01883 OWW JMD HC |
|           Petitioner, | ) | |
| v. | ) | ORDER REQUIRING UPDATE ON CASE STATUS |
| ALBERTO GONZALES, et al., | ) | |
|           Respondents. | ) | |

Petitioner is proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On December 27, 2006, Petitioner filed the instant petition. At that time, Petitioner was being detained by the United States Immigration and Naturalization Service ("INS") pending removal from the United States. The petition asserts that Petitioner's indefinite detention exceeds Respondent's statutory authority to detain Petitioner; that his continuing detention violates his right to due process; and that Respondent's current detention of Petitioner is punitive in nature, thus constituting punishment without due process of the law.

On May 3, 2007, the Court ordered Respondent to submit an answer addressing the merits of the petition. Respondent filed a response to the order to show cause on July 3, 2007. Respondent

claimed that Petitioner had been offered release conditions in the form of a reduced Release on Bond. (Answer at 1). Respondent therefore moved to dismiss the petition for mootness. (Id.)

On September 4, 2008, the instant case was reassigned to the undersigned.

It has been over fourteen months since Respondent filed its answer. During that period, the Court has not received an update on the status of Petitioner's removal or whether he is still in custody. The Court will therefore order Respondent to provide an update on the status of Petitioner's removal to determine whether a controversy still exists and to ensure that any pending issues are properly addressed.

Accordingly, the Court HEREBY ORDERS Respondent to provide the Court with an update on the status of Petitioner's removal within 20 days of the date of service of this order.

IT IS SO ORDERED.

**Dated:   September 19, 2008**            **/s/ John M. Dixon**
UNITED STATES MAGISTRATE JUDGE