UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SANDEEP SINGH, | ) | 1:06-CV-01883 OWW JMD (HC) |
| | ) | |
| Petitioner, | ) | ORDER ADOPTING FINDINGS AND |
| | ) | RECOMMENDATION |
| | ) | [Doc. #14] |
| | ) | |
| v. | ) | ORDER DISMISSING PETITION FOR WRIT |
| | ) | OF HABEAS CORPUS AS MOOT |
| | ) | |
| | ) | ORDER DIRECTING CLERK OF COURT |
| ALBERTO GONZALES, et al., | ) | TO ENTER JUDGMENT |
| | ) | |
| Respondents. | ) | |

Petitioner is proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

The Magistrate Judge issued a Findings and Recommendation on October 22, 2008, that recommended the petition be DISMISSED as moot, as Petitioner is no longer in custody. The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order. More than thirty days have passed and no objections have been filed. The Court notes that the Findings and Recommendation served to Petitioner was returned by the U.S. Postal Service as undeliverable.

1    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de
2 novo* review of the case.  Having carefully reviewed the entire file, the Court concludes that the
3 Magistrate Judge's Findings and Recommendation is supported by the record and proper analysis.
4    Accordingly, IT IS HEREBY ORDERED that:
5    1. The Findings and Recommendation issued October 22, 2008, is ADOPTED IN FULL;
6    2. The Petition for Writ of Habeas Corpus is DISMISSED as moot; and
7    3. The Clerk of Court is DIRECTED to enter judgment.

10 IT IS SO ORDERED.

11 **Dated:   December 4, 2008**            /s/ Oliver W. Wanger
                                            UNITED STATES DISTRICT JUDGE